# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| MATTHEW WALKER, | ) |
| Plaintiff, | ) ) ) Case No. 1:21-cv-00961-LPS |
| v. | ) ) ) |
| AT HOME GROUP INC., WENDY A. BECK, JOHN J. BUTCHER, PHILIP L. FRANCIS, STEVE K. BARBARICK, PAULA L. BENNETT, KENNETH M. SIMRIL, LEWIS L. BIRD III, ELISABETH B. CHARLES, and JOANNE C. CREVOISERAT, | ) ) ) ) JURY TRIAL DEMANDED ) ) ) ) |
| Defendants. | ) ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: August 5, 2021            **LONG LAW, LLC**

                                By  */s/ Brian D. Long*
                                    Brian D. Long (#4347)
                                    3828 Kennett Pike, Suite 208
                                    Wilmington, DE 19807
                                    Telephone: (302) 729-9100
                                    Email: BDLong@longlawde.com

                                    *Attorneys for Plaintiff*